**Edward A. Shedd, appellant, v. John C. Patterson, appellee. Gen. No. 26,131.**

Suit for damages for malicious prosecution. Verdict and judgment of not guilty, on the issues raised by the pleadings and upon an attachment in aid. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 4, 1921. Rehearing denied October 17, 1921.

Oliver & Mecartney, for appellant. John C. Patterson, F. J. Karasek and W. D. Elmer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Garden City Brewery, appellee, v. Frank Krenek and Anna Krenek, appellants. Gen. No. 26,250.**

Action upon a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed October 4, 1921. Rehearing denied October 17, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Winston & Lowy, for appellants. Jones & Kerner, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Joseph B. Malkewicz, appellee, v. Adolph Feldschreiber, appellant. Gen. No. 26,308.**

Action of forcible detainer. Verdict for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

L. A. Sherwin, for appellant. Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Joseph Villanova, appellant, v. Andrew Higgins, appellee. Gen. No. 26,361.**

Petition for discharge from custody under the Insolvent Debtors' Act. Petition denied on the ground that the gist of the action in which the *capias* was ordered was malice. Appeal from the County Court of Cook county; the Hon. John H. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Isidore Fried, for appellant; Blum & Blum, of counsel. Mastin & Sherlock, for appellee; Frank T. Huening, of counsel.

Mr. Justice Barnes delivered the opinion of the court.